## Dunn *v.* Patterson.

Lewis, J. 1. Allegations in a petition for certiorari, assigning error in certain rulings made by the magistrate during the trial of a case before a jury in a justice's court, will not be considered by a reviewing court unless the grounds of error are verified by the magistrate in his answer to the petition.
2. The testimony, as reported in the answer of the magistrate to the peti-

tion for certiorari, fails to show that the verdict was either illegal or contrary to the evidence, and the judge of the superior court did not err in overruling the certiorari.  *Judgment affirmed.    All the Justices concurring.*

Argued March 24, — Decided April 21, 1899.

Certiorari.     Before Judge Fite.     Catoosa  superior  court. April 29, 1898.

*W. E. Mann*, for plaintiff in error.
*George W. Head* and *R. J. & J. McCamy*, contra.

*Judgment affirmed.    All the Justices concurring, except*